UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:08-CR-55-3-F

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| JAQUINCY AUDRA HARRIS | |

On motion of the Defendant, Jaquincy A. Harris, and for good cause shown, it is hereby ORDERED that the **[DE 166]** be sealed until further notice by this Court.

IT IS SO ORDER.

This **30** day of September, 2015.

_____
JAMES C. FOX
Senior United States District Judge